IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

RECEIVED
USDC CLERK, CHARLESTON, SC

2007 JUL 11  A 10: 08

| | |
|---|---|
| Alfred Fickens, #127392, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Samuel B. Glover, Director of the | ) |
| South Carolina Department of Probation | ) |
| Probation, Parole, and Pardon Services, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Civil Action No. 9:06-2462-SB

**ORDER**

This matter is before the Court upon the Plaintiff's pro se complaint seeking declaratory and injunctive relief from the above-captioned Defendant. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On June 12, 2007, United States Magistrate Judge George C. Kosko issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court grant the Defendant's motion for summary judgment. Attached to the R&R was a notice advising the parties of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order

of this Court, and it is

**ORDERED** that the Defendant's motion for summary judgment (Doc. # 33) is granted, and this matter is ended.

**IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

July **10**, 2007
Charleston, South Carolina